DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOHN J. HICKS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D2025-0238

_____

December 5, 2025

Appeal from the Circuit Court for Hillsborough County; Lawrence Lefler, Judge.

John J. Hicks, pro se.

James Uthmeier, Attorney General, Tallahassee, and, Allison C. Heim, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


LUCAS, C.J., and KELLY and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.